UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: K & D INDUSTRIAL                    Case No. 19-12957
SERVICES HOLDING CO., INC.,
                                           Stephanie Dawkins Davis
    Debtor                                 United States District Judge

OPERATING ENGINEERS' LOCAL
324 PENSION FUND,

    Appellant

v.

K & D INDUSTRIAL SERVICES
HOLDING CO., INC.,

    Appellee.
_____/

## JUDGMENT

In accordance with the Court's Opinion and Order dated March 12, 2021, **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Appellee against Appellant.

Date: March 16, 2021                              s/Stephanie Dawkins Davis
                                                        Stephanie Dawkins Davis
                                                        United States District Judge